1  Jeremy T. Bergstrom, Esq.                                           E-filed on <u>August 24, 2009</u>
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94308

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7                       **UNITED STATES BANKRUPTCY COURT**
                        **DISTRICT OF NEVADA**
8
   In Re,                                          BK No.: BK-S-09-23846-LBR
9
   ENRIQUE RAMIREZ AND MARGARITA                   Chapter 13
10 RAMIREZ AKA MARGARITA RIVAS,
                                                   **REQUEST FOR SPECIAL NOTICE**
11           Debtor(s).

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
13
           PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
14
   Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA
15
   COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case
16
   and all papers served or required to be served in this case (including, but not limited to, Notice
17
   for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be
18
   given to and served upon the undersigned at the following address and telephone number.
19
           Jeremy T. Bergstrom, Esq.
20         MILES, BAUER, BERGSTROM & WINTERS, LLP
           2200 Paseo Verde Pkwy., Suite 250
21         Henderson, NV  89052
           PH (702) 369-5960
22
                                       MILES, BAUER, BERGSTROM & WINTERS, LLP
23
   Dated:   <u>August 22, 2009</u>       By:   <u>/s/ Jeremy T. Bergstrom, Esq.        </u>
24                                             Jeremy T. Bergstrom, Esq.
                                               Attorney for Secured Creditor

                                                1

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on  August 24, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
David Krieger
Haines & Krieger, LLC
1020 Garces Ave., Ste. 100
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd S. Ste. 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　 /s/ Michelle L. Benson
　　　　　　　　　　　　　　　　　　　　An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-94308/rfsnlv.dot/mlb)**